# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

161077

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SERENITY DIANE STEPHENSON,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 161077
COA: 351626
Ingham CC: 17-000629-FC

On order of the Court, the application for leave to appeal the January 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



Clerk

t1216